FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN LIMACHER,<br><br>Defendant. | No. 2:22-CR-00052-TOR-6<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CODITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>    **(ECF No. 76)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 76**. Defendant recites in his motion that U.S. Probation does not oppose this request and defense counsel is awaiting the United States' position.

    Specifically, Defendant moves to modify his current conditions of release and requests permission to travel to Chicago, Illinois today, June 1, 2022, upon filing of this Order, to Sunday, June 5, 2022, at 11:00 p.m. to be with his uncle during emergency surgery.

    The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 76,** is **GRANTED**. Defendant is permitted to travel to Chicago, Illinois today, June 1, 2022, immediately upon filing of this Order, to Sunday, June 5, 2022, at 11:00 p.m.

    While in Chicago, Illinois, Defendant shall stay with his grandmother, ▮ Limacher, at ▮▮▮▮▮▮▮▮▮▮▮, Illinois.

ORDER - 1

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 76**, which is incorporated herein by reference.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 1, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2