PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2022

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Austin Limacher )   Case No. 2:22CR00052-TOR-6

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Austin Limacher, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 6, 2022, Mr. Limacher appeared before the Court for the purpose of an initial appearance and arraignment. The Court ordered Mr. Limacher to be released from custody under conditions of pretrial release supervision (ECF No. 64).

Additional condition of release number 15 subjects Mr. Limacher to home detention, in which he is required to receive permission from the U.S. Probation Office to leave his residence for specific purposes. Since Mr. Limacher's release, there are no known violations of pretrial release supervision.

Based on his compliance with the release conditions, the undersigned officer respectfully recommends additional condition number 15, which subjects Mr. Limacher to home detention, be removed from the release order.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/7/22        _____   07/07/2022
Signature of Defendant       Date         Pretrial Services/Probation Officer   Date
Austin Limacher                           Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   7/7/22
Signature of Defense Counsel   Date
Sandy Baggett

[X]   The above modification of conditions of release is ordered, to be effective on 7/13/2022.

[ ]   The above modification of conditions of release is not ordered.

_____           7/13/2022
Signature of Judicial Officer                Date

James A. Goeke