FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN LIMACHER,<br><br>Defendant. | No. 2:22-CR-00052-TOR-6<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CODITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 164)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 164**. The United States and U.S. Probation do not oppose the request.

Specifically, Defendant moves to modify his current conditions of release and requests permission to travel to Oswego, Illinois on March 6, 2023, and return on March 18, 2023, by 11:00 p.m. to be with his uncle who has a serious medical condition.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 164,** is **GRANTED**. Defendant is permitted to travel to Oswego, Illinois on March 6, 2023, and return on March 18, 2023, by 11:00 p.m. The address where Defendant will be residing will be provided to U.S. Probation.

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 164**, which is incorporated herein by reference.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 24, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2